FILED

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0517

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0517

_____

JRN HOLDINGS, LLC, A LIMITED LIABILITY
COMPANY,

      Plaintiff and Appellant,

     v.

DEARBORN MEADOWS LAND OWNERS
ASSOCIATION, INC., A MONTANA NONPROFIT        O R D E R
CORPORATION, ITS PRESIDENT, JIM BECK, ITS
VICE PRESIDENT, PAT RACICOT, ITS
REPRESENTATIVE OF RECORD, ART POWELL,
AND DOES 1 - 100, CONSISTING OF ALL OTHERS
WHO CLAIM A NON-CONSENSUAL RIGHT OF
ACCESS ACROSS PLAINTIFF'S REAL PROPERTY,

      Defendants and Appellees.

_____

Appellant has filed a motion for a 14-day extension of time to file the reply brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until April 5, 2021, within which to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2021